```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KMT PAINTING AND DECORATING, LLC,

                                                 Plaintiff,

                    -against-

MT HAWLEY INSURANCE COMPANY,

                                              Defendant.
-----------------------------------------------------------------X

23-CV-10693 (ALC) (RFT)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of this case having been reassigned to Magistrate Judge Robyn F. Tarnofsky on January 11, 2024 the Initial Case Management Conference currently scheduled for **March 12, 2024** is hereby adjourned *sine die*.

                                        SO ORDERED.

DATED:     New York, New York
                January 12, 2024

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge