UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KMT PAINTING AND DECORATING, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>MT HAWLEY INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Defendants. | 23-CV-10693 (ALC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As per my Order on January 17, 2024 (ECF 22), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by February 14, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until 9 AM on **February 16, 2024**.

DATED:　February 15, 2024　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge