UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KMT PAINTING AND DECORATING, LLC,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

23-CV-10693 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The parties' joint Report of Report of Rule 26(f) Meeting and Proposed Case Management Plan was due on February 15, 2024. The parties did not make the required submission. I sua sponte extended the deadline for the parties to make the submission until 9 AM on February 16, 2024. (See ECF 23.) The parties did not comply and have still not complied. I am sua sponte extending the deadline until **5:00 PM today, February 20, 2024**. Failure to comply with this Order may lead to sanctions, including a recommendation that this case be dismissed for failure to prosecute.

DATED:    February 20, 2024
               New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge